UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY         :
CLEANING WORKINGS AND ALLIED         :
INDUSTRIES RETIREMENT FUND,          :
WORKERS UNITED,                      :
                Plaintiffs,       :           **ORDER**
v.                                   :
                                  :           20 CV 5760 (VB)
APPAREL+PLUS TEXTILE RENTAL, LLC and :
JOHN DOES 1-10 (all other trades or businesses :
under common control with APPAREL+PLUS :
TEXTILE RENTAL, LLC),                :
                Defendants.       :
--------------------------------------------------------------x

      On July 24, 2020, plaintiffs, the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, Workers United, commenced the instant action against defendants Apparel+Plus Textile Rental, LLC and John Does 1-10 (including all other trades or businesses under common control with Apparel+Plus Textile Rental, LLC). (Doc. #1).

      On July 27, 2020, the Clerk of Court issued summonses as to defendants Apparel+Plus Textile Rental, LLC. (Docs. #4).

      On September 2, 2020, plaintiffs docketed a proof of service indicating service on defendant Apparel+Plus Textile Rental, LLC. on August 28, 2020. (Doc. #7). Accordingly, Apparel+Plus Textile Rental, LLC had until September 18, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants remain in default, plaintiffs are ORDERED to seek certificates of default as to defendants by October 14, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by October 28, 2020. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: September 30, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge