UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, WORKERS UNITED,

Plaintiffs,

-against-

APPAREL+PLUS TEXTILE RENTAL, LLC and JOHN DOES 1-10 (all other trades or businesses under common control with APPAREL+PLUS TEXTILE RENTAL, LLC),

Defendants.

11/18/20

20-cv-05760 (VB)

**DEFAULT JUDGMENT**

This action having been commenced on July 24, 2020 by filing of a Complaint, and Plaintiffs Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, Workers United ("Plaintiffs") having served copies of the Summons and Complaint upon Defendant Apparel +Plus Textile Rental, LLC ("Defendant Apparel"), a New York corporation, on August 28, 2020 by personal service upon Nancy Dougherty, Authorized Agent in the Office of the Secretary of State of the State of New York, and proof of such service having been filed with the Court on September 2, 2020, and Defendant Apparel not having appeared, answered, or otherwise moved with respect to the Complaint, and the time for appearing, answering or moving having expired, and the Court having issued its Order to Show Cause requiring Defendant Apparel to show cause before the Court why a Default Judgment should not be entered against Defendant Apparel, and the Court having held a hearing pursuant to the Order to Show Cause, and Defendant Apparel having failed to appear at the show cause hearing; it is

3

**NOW, THEREFORE,** upon application of the Plaintiffs and upon reading the Affidavits of David C. Sapp, Esq., duly sworn the 26th day of October 2020, and the Certificate of Ruby J. Krajick, Clerk of Court, United States District Court for the Southern District of New York, noting the default of Defendant Apparel, for failure to appear, answer or otherwise move with respect to the Complaint, it is hereby,

**ORDERED, ADJUDGED AND DECREED,** that Plaintiffs have Judgment against Defendant Apparel for withdrawal liability in the principal amount of $180,053.00 with interest thereon computed in accordance with 29 U.S.C. §1132(g)(2), the regulations of the Pension Benefit Guaranty Corporation and the Plaintiff Fund's rules and regulations with respect to employer withdrawal liability from January 1, 2020, the date of the first missed withdrawal liability payment, through the date of judgment in the amount of $19,805.83, liquidated damages pursuant to 29 U.S.C. §1132(g)(2) and the Plaintiff Fund's rules and regulations with respect to employer withdrawal liability in the amount of $36,010.60, and costs in the amount of $400.00, for a total Judgment in the amount of $236,269.43; and it is further

**ORDERED, ADJUDGED AND DECREED,** that Plaintiffs have Judgment against Defendant Apparel permanently restraining and enjoining Defendant Apparel and all of its officers, employees, agents, representatives, and all persons acting in concert with them from distributing, alienating, transferring, assigning, encumbering or otherwise disposing of the assets of Defendant Apparel, regardless of the amounts, if any, or the nature of the consideration received therefore; and it is further

3

**ORDERED, ADJUDGED AND DECREED** that interest shall continue to accrue on the amount due under this Judgment at the legal rate as defined in 28 U.S.C. §1961 from the date of entry of this Judgment on _November 18_, 2020 until the Judgment is fully satisfied.

Dated: _November 18, 2020_
White Plains, New York

SO ORDERED:

_____
Honorable Vincent L. Briccetti
United States District Judge